# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBIN D. HEYWOOD, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.                                               CASE NO: 8:08-cv-2189-T-26EAJ

FRONTIER FINANCIAL GROUP LLC, and
PH4,

    Defendants.
_____/

# **O R D E R**

Upon due consideration of Plaintiff's counsel's submissions, together with the court file and Local Rule 1.07(b), it is ordered and adjudged that Plaintiff's Motion for Entry of Clerk's Default (Dkt. 8) is granted, and the Clerk is directed to enter a default against Defendant Frontier Financial Group pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. However, because Plaintiff has failed to comply with the time requirements of Local Rule 1.07(b) with regard to seeking a judgment against this Defendant in accord with Rule 55(b) within sixty (60) days of service,[1] the case against this Defendant is dismissed without notice and without prejudice. The case against Defendant PH4 is likewise dismissed without prejudice based on

---

[1] The Court notes that service was effected on Defendant Frontier Financial Group on November 13, 2008. See docket 7.

Plaintiff's Notice of Voluntary Dismissal of Defendant PH4 (Dkt. 9). The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 25, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record